Case 3:09-cv-05302-MHP Document 12 Filed 03/02/10 Page 1 of 21

CHAD T. WISHCHUK, SBN 214779
LAURA B. MACNEEL, SBN 251540

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101
cwishchuk@mgfllp.com

Attorneys for Defendant Porges Enterprises, Inc., dba Accelerated Electric

RICHARD K. GROSBOLL, Bar No. 99729
SONYA M. GORDON, Bar No. 232600

**NEYHART, ANDERSON, FLYNN & GROSBOLL**
44 Montgomery Street, Suite 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TELEPHONE: (415) 677-9440
FACSIMILE: (415) 677-9445
rgrosboll@neyhartlaw.com
sgordon@neyhartlaw.com

Attorneys for Plaintiff Solano And Napa Counties Electrical Workers Trust Funds

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>PORGES ENTERPRISES, INC., dba ACCELERATED ELECTRIC, an entity,<br><br>Defendant. | CASE NO: CV 09 5302 MHP<br><br>STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO ALL PARTIES AND ALL CLAIMS FOR RELIEF<br><br>Assigned to:<br>Hon. Marilyn H. Patel, Ct. Rm.15<br><br>Complaint Filed: November 6, 2009<br>Trial Date: Not Set |

Plaintiffs Solana And Napa Counties Electrical Workers Trust Funds and

Defendant Porges Enterprises, Inc., dba Accelerated Electric, by and through

their respective counsel of record, and pursuant to Fed. R. Civ. P. 41, stipulate to

dismiss the Complaint in its entirety and with prejudice as to all parties and as to

all claims for relief, subject to the terms and conditions of the attached Settlement

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO ALL PARTIES
AND ALL CLAIMS FOR RELIEF

Case No. CV 09 5302 MHP

1    Agreement and Release of Claim. Each party shall bear its own costs and

2    attorneys' fees.

3

4    DATED: February 26, 2010          Respectfully submitted,

5                                      MARKS, GOLIA & FINCH, LLP

6                                      By:    /s/Chad T. Wischuk
                                              CHAD T. WISHCHUK
7                                      Attorneys for Defendant Porges
                                       Enterprises, Inc., dba Accelerated Electric
8

9    DATED: February 26, 2010          Respectfully submitted,

10                                     NEYHART, ANDERSON, FLYNN &
                                       GROSBOLL
11

12                                     By:    /s/ Mark Lipton
                                              MARK LIPTON
13                                     Attorneys for Plaintiffs Solano And Napa
                                       Counties Electrical Workers Trust Funds
14

15

16

17                    3/1/2010

18                                     IT IS SO ORDERED

19

20                                     Judge Marilyn H. Patel

21

22

23

24

25   280.015/CTW1821.axm

26

27                                     2

28
     STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AS TO ALL PARTIES
     AND ALL CLAIMS FOR RELIEF

                                                       Case No. CV 09 5302 MHP

MARKS, GOLIA &
FINCH, LLP
8620 Spectrum
Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

# EXHIBIT "1"

EXHIBIT "1"

## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS

This Settlement Agreement And Release Of Claims ("Agreement") is entered into this 22nd day of February 2010, between and among the Solano And Napa Counties Electrical Workers Trust Funds ("Plaintiffs"), Porges Enterprises, Inc., dba Accelerated Electric ("Accelerated Electric" or "Defendant"), and the Sacramento Area Electrical Workers Trust Funds ("Local 340 Trust Funds"). In this Agreement, Plaintiffs, Accelerated Electric, and Local 340 Trust Funds are referred to collectively as the "Parties," or individually as a "Party."

## RECITALS

A. Accelerated Electric is bound to an agreement with Local Union 180, International Brotherhood Of Electrical Workers ("Local 180"). Accelerated Electric's agreement with Local 180 requires the payment of contributions to various trust funds including the National Electrical Benefit Fund, the Solano and Napa Counties Electrical Workers Health and Welfare Trust, the Solano and Napa Counties Electrical Workers Pension Trust, the Electrical Contractors Trust, and the Contract Administration Fund. Accelerated Electric is also bound to an agreement with Local Union 340 International Brotherhood of Electrical Workers of Sacramento, California ("Local 340"). Accelerated Electric's agreement with Local 340 requires the payment of contributions to various trust funds including the National Electrical Benefit Fund, the Sacramento Area Electrical Workers' Pension Trust Fund, the Sacramento Area Electrical Workers Health and Welfare Trust, and the Contract Administration Fund. All Trust Funds to which Accelerated Electric had an obligation to contribute while bound to the agreements with Local 180 and Local 340 are referred to collectively as the "Trust Funds".

B. Plaintiffs and/or counsel for the Trust Funds claim that Accelerated Electric owes contributions to the Trust Funds. Accelerated Electric disputes the claim.

C. Plaintiffs then filed suit in the United States District Court for the Northern District of California, San Francisco Division. Plaintiffs' suit is known as *Solano And Napa Counties Electrical Workers Trust Funds v. Porges Enterprises, Inc., dba Accelerated Electric* (the "Action"). The Action was assigned Case No. 09-CV-5302-MHP. The Complaint in the Action alleges claims for relief under the Employee Retirement Income Security Act of 1974 ("ERISA"), and the Labor Management Relations Act, 29 U.S.C. § 185(a). Plaintiffs filed suit on behalf of each of the Trust Funds related to Local 180. The Complaint in the Action seeks unpaid fringe benefit contributions, liquidated damages, interest, attorneys' fees and costs, among other things.

D. The Parties now wish to settle all disputes and to dismiss with prejudice the entire Action with respect to contributions relating to work performed through January 31, 2010. This Agreement is entered into voluntarily and without any duress or coercion. Plaintiffs enter into this Agreement on behalf of each of the Trust Funds relating to Local 180, and on behalf of Local 180 to recover any other amounts. Local 340 Trust Funds enter into this Agreement on behalf of each of the Trust Funds relating to Local 340, and on behalf of Local 340 to recover any other amounts.

E. By entering into this Agreement, none of the Parties admit the allegations or contentions of the other Party, and each Party is entering into this Agreement for the sole purpose of avoiding the expense of litigation and to finally resolve the issues between them in their entirety with respect to the period covered through January 31, 2010.

NOW, THEREFORE, in exchange for the promises contained in this Agreement, and for valuable consideration acknowledged by each Party, the Parties agree to the following:

1.    Agreement.  Accelerated Electric shall pay to the Trust Funds a total of $85,405.43 ("Settlement Sum") in full and complete settlement of the Action and all disputes.  The Settlement Sum is made up of $66,514.18 relating to work performed in connection with Local 180 plus $18,891.25 relating to work performed in connection with Local 340.  A check in the full amount of the Settlement Sum will be made payable to "Mark Lipton Trust Account" and is due upon Accelerated Electric's receipt of a fully executed copy of this Agreement as well as Accelerated Electric's receipt of a conformed copy of a stipulation of dismissal with prejudice of the Action signed by Plaintiffs. Plaintiff agrees to immediately file with the District Court the stipulation to dismiss the entire Action with prejudice as to all parties as to all claims for relief relating to any and all work performed through January 31, 2010, in the form of the stipulation attached to this Agreement as Exhibit 1 and incorporated here as though set forth in full.    The Plaintiffs and Local 340 Trust Funds agree they do not have any other claims against the Defendant, or its owners, for work performed prior to February 1, 2010, and that any such other claims are fully and completely compromised. settled, and released by this Agreement.

Attached to this release at Exhibit 2 are remittance forms for the delinquent months claimed. Fringe benefits owed under the collective bargaining agreements to which Accelerated Electric is bound remain due, despite this release and the clauses provided herein, to the extent a future audit or claim by any plan participant reveal hours worked not reported on the transmittals attached hereto or prior transmittals if said hours are covered employment under the terms of the collective bargaining agreements. Fringe benefits due therefore are not released pursuant to this paragraph or under the general release as provided in C.C.P. Section 1542.

2.    Waiver and Release.  In exchange for the promises contained in this Agreement, to the fullest extent permitted by law, the Trust Funds including Plaintiffs, for themselves and the entities they represented in filing the Action, release and forever discharge Defendant, and its respective past and present owners, counsel, administrators,

officers, directors, shareholders, subsidiaries, parent companies, affiliated companies and entities, employees, agents, representatives, sureties, successors, assignees, affiliates, heirs, and executors, from any and all asserted and unasserted claims, demands, liabilities, rights, causes of action, claims for relief, costs, expenses, consultation and expert witness fees, interest, liquidated damages, damages, injuries, rights, claims or obligations of any kind, whatsoever, whether asserted in this Action or not, arising in law, equity or otherwise, whether known or unknown, including but not limited to claims for violation of ERISA, breach of any collective-bargaining agreement, breach of any contract, breach of any trust agreement, and/or claims for relief rising under any state or federal law, rule, regulation, or ordinance.

3.      Costs and Attorneys' Fees. Each of the Parties shall bear their own costs, consultant and expert witness fees, and attorneys' fees incurred in connection with the filing, prosecution, maintenance and defense of the Action.

4.      C.C.P. § 1542. The Trust Funds, including Plaintiffs, are familiar with California Civil Code Section 1542 which provides:

> A general release does not extend to Claims which the creditor
> does not know or suspect to exist in his or her favor at the time
> of executing the release, which if known to him or her must
> have materially affected his or her settlement with the debtor.

The Trust Funds, including Plaintiffs, hereby waive and release any rights they have or may have under Section 1542 to the full extent that all such rights and benefits may lawfully be waived. Such waivers are an integral part of this Agreement and the parties would not enter into this Agreement without such waivers.

5.      No Admission of Liability or Wrongdoing. It is understood and agreed that this Agreement is a compromise and settlement of disputed claims, and that neither

this Agreement, nor the furnishing of the consideration for this Agreement, shall be deemed or construed as an admission of liability; breach of any implied or express contract; violation of any law, statute, regulation, or ordinance; or of wrongdoing on the part of any party, or any of its, his or her successors, assigns or agents. This Agreement shall not be admissible as evidence in any proceeding other than a proceeding to enforce the terms of this Agreement. Defendant specifically denies the allegations of the Action and denies any wrongdoing whatsoever.

6.      Severability.  Should any provision of this Agreement be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby. Any illegal or invalid part, term, or provision shall be deemed not to be a part of this Agreement but the remaining provisions shall remain in effect and shall be fully enforceable.

7.      Entire Agreement.   This Agreement constitutes the full and entire agreement between the Trust Funds, including Plaintiffs, and Defendant with regard to the subject matter of this Agreement. The Parties cannot alter and/or modify this Agreement except by an instrument in writing executed by each of them.

8.      Right to Consult Counsel.  Each Party acknowledges that they have consulted with legal counsel of their own choice with respect to the execution and the legal effect of this Agreement, and that each party has not relied upon any representations or warranties of the other party. If any fact or matter upon which a Party relies in making this Agreement shall subsequently prove to be otherwise, this Agreement shall nevertheless remain in full force and effect.

9.      Jointly Drafted.  This Agreement is deemed to have been jointly drafted by each Party. Any uncertainty or ambiguity shall not be construed for or against any Party based on attribution of drafting to any Party.

10.     No Assignment. The Trust Funds, including Plaintiffs, represent that there has not been an assignment or transfer of any claim compromised or released by this Agreement. The Trust Funds agree to indemnify and hold Defendant harmless from any liability incurred as a result of any person asserting any such assignment or transfer.

11.     Prevailing Party to Recover Attorneys' Fees. Should any action or suit be filed to enforce the terms of this Agreement, it is agreed the prevailing party shall be entitled to recover costs and attorneys' fees reasonably incurred, in addition to any other relief ordered by the Court.

12.     Counterparts.     This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument. A facsimile signature constitutes an original and all evidentiary objections to same other than for authenticity of signature are waived.

13.     Authority to Settle. The undersigned represent that they have the authority to settle, compromise, and release each of claims against Accelerated Electric, including all claims asserted in the Action, including any claims to contributions, interest, liquidated damages, costs and attorneys' fees.

14.     Additional Documents. The Parties agree to perform such further acts and to execute and deliver such further documents as may be reasonably necessary or appropriate to carry out the intent or provisions of this Agreement.

15.     By signing below, each person is attesting to the fact that he or she has read this Agreement in its entirety understands its terms and is in agreement with its terms.

Dated: _____

SOLANO AND NAPA COUNTIES
ELECTRICAL WORKERS TRUST
FUNDS

_____
Name

_____
Title

Dated: _____

SACRAMENTO AREA ELECTRICAL
WORKERS TRUST FUNDS

_____
Name

_____
Title

Dated: _____

PORGES ENTERPRISES, INC., DBA
ACCELERATED ELECTRIC

_____
Name

_____
Title

280.015/CTW1822.2.axm

Case 3:09-cv-05302-MHP   Document 12   Filed 03/02/10   Page 11 of 21

# EXHIBIT "2"

**EXHIBIT "2"**

**IBEW - SECA TRUST FUNDS**

**MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS**

# ELECTRICAL INDUSTRY ACCOUNTS

☐ PERMANENT CONTR.

☒ TRAVELING CONTR.

This report and payment shall be mailed to reach the office of the trust fund not later than fifteen (15) days after delivery following the end of each calendar month. See reverse side for complete instructions.

☐ FIRST REPORT IN AREA

☐ LAST REPORT IN AREA

| (9)<br>10071 | | | | (19) MAIL LOCAL FRINGE BENEFITS ACCOUNTS CHECK TO: | EMPLOYER'S FEDERAL REG NO. |
|---|---|---|---|---|---|

(9)
10071    ACCELERATED ELECTRIC
833 A SOUTH MAIN ST #441
FALL BROOKS, CA   92028

NOV 2009    A02018

(19) MAIL LOCAL FRINGE BENEFITS ACCOUNTS CHECK TO:

**SACRAMENTO AREA ELECTRICAL
WORKERS TRUST FUNDS
PO BOX 537024
DEPT. #6423
SACRAMENTO, CA
95853-7024**

EMPLOYER'S FEDERAL REG NO.

68-0669257

TOTAL NUMBER OF MEN EMPLOYED → 1.0
BUILDING CONSTR. JOURNEYMAN'S WAGE RATE PER HOUR $

★ THIS REPORT COVERS ALL PAYROLL PERIODS ENDING DURING MONTH SHOWN

(10)

| SOCIAL SECURITY NO.<br>(1) | NAME OF EMPLOYEE<br>(2) | TOTAL CLOCK HOURS<br>(3) | SUPPL OPTION 1 OR 2<br>(4) | GROSS EARNINGS<br>(5) | JW PENSION<br>(6) | APPR PENSION AMOUNT<br>(7) | WITHHELD SAVINGS<br>(8) |
|---|---|---|---|---|---|---|---|
| ☒ H50 0846 | Tigre, Matthew | 150 | | 8839.00 | | 137.50 | 359.68 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| I.B.E.W. LOCAL<br>UNION NO.<br>WHERE WORK<br>IS PERFORMED | 340 | (11) TOTALS THIS PAGE ➡ | 981 | | 8839.00 | | 137.50 | 359.68 |
|---|---|---|---|---|---|---|---|---|
| | | (12) TOTAL HOURS FROM ALL PAGES ➡ | 981 | 480.00 | 91,005.04 | 1,033.50 | 137.50 | 4595.68 |

**(16) ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS**

Make check payable to NEBF and mail with copies 3 & 4 to:
Greater Sacramento Chapter, NECA
1129 D Street
Sacramento, CA 95814

$ 980.17

| | (12) TOTAL HOURS FROM ALL PAGES | (13) RATES | TOTALS |
|---|---|---|---|
| WELFARE | 771 | 7.53 | 5808.63 |
| APPRENTICE WELFARE | VARIOUS | 1.2% .28 | 1091.20 |
| SUPPL. OPTION 1 | 160 | 1.00 | 160.00 |
| SUPPL. OPTION 2 | 160 | 2.00 | 380.00 |
| PENSION JW CLASS A | 401 | 2.50 | 1168.50 |
| PENSION JW CLASS B | | 4.50 | |
| PENSION JW CLASS C | 310 | 8.00 | 2480.00 |
| APPRENTICE PENSION | VARIOUS | 1.25 | 157.50 |
| APPRENTICE TRAINING | 981 | 1.37 | 1210.77 |
| CONTRACT ADMIN. | 2204.64 | 1.6% | 485.02 |
| PUBLIC RELATIONS | 981 | .97 | 893.37 |

The undersigned hereby adopts and agrees to be bound by the Restated Employee Benefit Agreement and Trust for the National Electric Benefit Fund and agrees to make the required contributions to such Fund as provided therein. I hereby acknowledge having received a copy of the above Agreement. I certify that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 8 of the Agreement). I further certify that no proprietor, partner, or majority shareholder is included in this report. I further certify that if contributions are made on behalf of non-bargaining unit employees, I am covering all such non-bargaining unit employees, except those who must or may be excluded pursuant to Section 8.3(b)(i) and/or (ii) of the Agreement.

(14) The information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions required by the collective bargaining agreement with Local Union 340, IBEW, to which I am bound and the Sacramento Area Electrical Workers Trust Agreements and provisions thereto relative to contributions.

| TOTAL WITHHELD SAVINGS ACCORDING<br>TO THE APPLICABLE AGREEMENT | 4595.68 |
|---|---|

(15) ENCLOSE ONE CHECK FOR
LOCAL FRINGE BENEFITS ACCOUNTS ➡ 18552.61

SIGNATURE _____  TITLE _____  DATE _____

IBEW - SECA TRUST FUNDS

**MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS**

# ELECTRICAL INDUSTRY ACCOUNTS

☐ PERMANENT CONTR.

☒ TRAVELING CONTR.

☐ FIRST REPORT IN AREA
☐ LAST REPORT IN AREA

(9)

(16) MAIL LOCAL FRINGE BENEFITS ACCOUNTS CHECK TO:

**SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS**
P.O. BOX 1320
SUISUN CITY, CA 94585

EMPLOYER'S FEDERAL REG. NO.
68-0669257

10071. ACCELERATED ELECTRIC
33-A SOUTH MAIN STREET
FALL BROOK , CA· 92028

TOTAL NUMBER OF MEN EMPLOYED THIS PERIOD → 0

DEC 2009

THIS REPORT COVERS ALL PAYROLL PERIODS ENDING DURING MONTH SHOWN

JOURNEYMAN'S WAGE RATE PER HOUR $

(10)

| SOCIAL SECURITY NO. (1) | NAME OF EMPLOYEE (2) | TOTAL CLOCK HOURS (3) | SUPPL. OPTION 1 OR 2 (4) | GROSS EARNINGS (5) | JW PENSION (6) | APPR. PENSION AMOUNT (6) | WITHHELD SAVINGS (6) |
|---|---|---|---|---|---|---|---|
| | Barry, Stephen | 151 | | 5822.15 | 377.59 | | 698.44 |
| | Gruel, Michael | 180 | | 6917.40 | 450.00 | | 820.09 |
| | Meyer Edward | 159 | | 6189.59 | 897.50 | | 735.55 |
| | Meyer, Kenneth | 161 | | 7449.00 | 409.50 | | 883.88 |
| | Lindke Kenneth | 190 | | 6856.70 | 1520.00 | | 750.80 |

I.B.E.W. LOCAL UNION NO. 340
WHERE WORK IS PERFORMED

(11) TOTALS THIS PAGE ▶

(12) TOTALS ALL PAGES ▶  Contd

(16) ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
(Make check payable to NEBF and mail with copies 3 & 4) to:
Greater Sacramento Chapter, NECA
3980 Industrial Blvd., Suite 200 B
XXXXXXXXXXXXXXX 1129 D ST.
· XXXXXXXXXXXXXXX SAC, CA 95814

$ _____

| | (12) TOTALS HOURS FROM ALL PAGE | (13) RATES | TOTALS |
|---|---|---|---|
| WELFARE | | | |
| APPRENTICE WELFARE | VARIOUS | | |
| SUPPL. OPTION 1 | | 1.00 | |
| SUPPL. OPTION 2 | | 2.00 | |
| PENSION JW CLASS A | | 2.50 | |
| PENSION JW CLASS B | | 4.50 | |
| PENSION JW CLASS C | | 8.00 | |
| APPRENTICE PENSION | VARIOUS | | |
| APPRENTICE TRAINING | | | |
| CONTRACT ADMIN. | | 1.6% | |
| PUBLIC RELATIONS | | .97 | |

The undersigned hereby adopts and agrees to be bound by the Restated Employee Benefit Agreement and Trust for the National Electric Benefit Fund and agrees to make the required contributions to such Fund as provided therein. I hereby acknowledge having received a copy of its above Agreement. I certify that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement). I further certify that no proprietor, partner, or majority shareholder is included in this report. I further certify that if contributions are made on behalf of non-bargaining unit employees, I am covering all such non-bargaining unit employees, except those who must or may be excluded pursuant to Section 6.3(b)(i) and/or (ii) of the Agreement.

(14) The information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions required by the collective bargaining agreement with Local Union 340, IBEW to which I am bound and the Sacramento Area Electrical Workers Trust Agreements and providers therein relative to contributions.

TOTAL WITHHELD SAVINGS ACCORDING TO THE APPLICABLE AGREEMENT

(15) ENCLOSE ONE CHECK FOR LOCAL FRINGE BENEFITS ACCOUNTS ··· ▶

SIGNATURE _____ TITLE _____ DATE _____

**TRUST COPY**

IBEW - SECA TRUST FUNDS

MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS

# ELECTRICAL INDUSTRY ACCOUNTS

☐ PERMANENT CONTR

☒ TRAVELING CONTR

This report and payment shall be mailed to reach the office of the trust fund not later than fifteen (15) calendar days following the end of each calendar month. See reverse side for complete instructions.

☐ FIRST REPORT IN AREA
☐ LAST REPORT IN AREA

(3)

SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS
P.O. BOX 1320
SUISUN CITY, CA 94585

(15) MAIL LOCAL FRINGE BENEFITS ACCOUNTS CHECK TO

FOR OTHER FEDERAL RET NO

131. 10071. ACCELERATED ELECTRIC
33-A SOUTH MAIN STREET
FALL BROOK , CA   92028

68-0659257

TOTAL NUMBER OF MEN EMPLOYED THIS PERIOD → ( )

DEC 2009

THIS REPORT COVERS ALL PAYROLL PERIODS ENDING DURING MONTH SHOWN

EMPLOYERS CONTRIBUTION SOC. SECURITY NO. MADE RATE PER HOUR  $

(10)

| SOCIAL SECURITY NO. (1) | NAME OF EMPLOYEE (2) | TOTAL CLOCK HOURS (3) | SUPPL. OPTION 1 OR 2 (4) | GROSS EARNINGS (5) | JW PENSION (6) | SUPPL. PENSION AMOUNT (6) | WITHHELD SAVINGS (6) |
|---|---|---|---|---|---|---|---|
| 04HSD08H6 | Tione Matthew | 70 | | 1345.40 | | 87.53 | 116.45 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

L.E.B.W. LOCAL UNION NO. 340
WHERE WORK IS PERFORMED

(11) TOTALS THIS PAGE ▶

(12) TOTALS ALL PAGES ▶  911

| | (12) TOTALS HOURS FROM ALL PAGE | (13) RATES | TOTALS |
|---|---|---|---|
| | 8398804 0147.5 | 87.50 | 4070.43 |

(16) ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to NEBF and mail with copies 3 & 4) to:
Greater Sacramento Chapter, NECA
3600 Industrial Blvd., Suite 200 B
XXXXXXXXXXXXX  1129 D ST.
XXXXXXXXXXXXXXX  SAC, CA 95814

$ 1017.61

| | | (13) RATES | TOTALS |
|---|---|---|---|
| WELFARE | 341 | 8.58 | 7345.78 |
| APPRENTICE WELFARE | VARIOUS | 3.55 | 583.0 |
| SUPPL. OPTION 1 | | 1.00 | |
| SUPPL. OPTION 2 | | 2.00 | |
| PENSION JW CLASS A | 651 | 2.50 | 1627.50 |
| PENSION JW CLASS B | | 4.50 | |
| PENSION JW CLASS C | 610 | 8.00 | 1580.80 |
| APPRENTICE PENSION | VARIOUS | 1.95 | 87.50 |
| APPRENTICE TRAINING | 911 | .37 | 1348.07 |
| CONTRACT ADMIN. | 3399 | 1.6% | 548.78 |
| PUBLIC RELATIONS | 911 | .97 | 883.67 |
| TOTAL WITHHELD SAVINGS ACCORDING TO THE APPLICABLE AGREEMENT | | | 4070.43 |

(15) ENCLOSE ONE CHECK FOR LOCAL FRINGE BENEFITS ACCOUNTS →

The undersigned hereby adopts and agrees to be bound by the Restated Employee Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to such Fund as provided therein. I hereby acknowledge having received a copy of the above Agreement. I certify that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 8 of the Agreement). I further certify that no proprietor, partner, or majority shareholder is included in this report. I further certify that if contributions are made on behalf of non-bargaining unit employees, I am covering all such non-bargaining unit employees, except those who must or may be excluded pursuant to Section 9(a)(3)(b)(i) and or 5) of the Agreement.

(14) The information contained in this report is a full and accurate statement of hours worked and wages earned of all employers subject to employer contributions required by the collective bargaining agreement with Local Union 340, IBEW, which I am covering. The Sacramento Area Electrical Workers Trust Agreements and provisions therein I shall be bound by.

SIGNATURE _____  TITLE _____  DATE 1/11/10

TRUST COPY

**IBEW - SECA TRUST FUNDS**

**MONTHLY PAYROLL REPORT FOR ELECTRICAL CONTRACTORS**

# ELECTRICAL INDUSTRY ACCOUNTS

☐ PERMANENT CONTR.

☒ TRAVELING CONTR.

☐ FIRST REPORT IN AREA

☐ LAST REPORT IN AREA

(9) 10071

ACCELERATED ELECTRIC
833 A SOUTH MAIN ST #441
FALL BROOKS, CA  92028

JAN 2010    A02487

(15) MAIL LOCAL FRINGE BENEFITS ACCOUNTS CHECK TO:

SACRAMENTO AREA ELECTRICAL
WORKERS TRUST FUNDS
PO BOX 537024
DEPT. #64423
SACRAMENTO, CA
95853-7024

EMPLOYER'S FEDERAL REG NO.

68-0669257

TOTAL NUMBER OF MEN EMPLOYED  11

THIS PERIOD →

BUILDING CONSTR.
JOURNEYMAN'S
WAGE RATE
PER HOUR  $

☛ THIS REPORT COVERS ALL PAYROLL PERIODS ENDING DURING MONTH SHOWN

(10)

| SOCIAL SECURITY NO. (1) | NAME OF EMPLOYEE TO ADD, TYPE OR PRINT CLEARLY SOC. SEC. NO. AND NAME TO DELETE, DRAW A SINGLE LINE THROUGH SOC. SEC. NO. & NAME (2) | TOTAL CLOCK HOURS (3) | SUPPL. OPTION 1 OR 2 (4) | GROSS EARNINGS (5) | AW PENSION (6) | APR. PENSION AMOUNT (7) | WITHHELD SAVINGS (8) |
|---|---|---|---|---|---|---|---|
| 548 90 3447 | Meuer, Kenneth | 118 | | 551A.56 | 880.00 | | 668.35 |
| 5467 94 063 | Barry, Stephen | 41 | | 1594.85 | 102.50 | | 191.38 |
| 546 57 9544 | Gruel, Michael | 120 | | 4101.60 | 800.00 | | 553.39 |
| 1010 38 0161 | Meuer, Edward | 41 | | 1594.85 | 102.50 | | 191.38 |
| | | | | | | | |

I.B.E.W. LOCAL UNION NO.  340

(11) TOTALS THIS PAGE ➧

WHERE WORK IS PERFORMED

(12) TOTAL HOURS FROM ALL PAGES ➧  914

|  | (12) TOTAL HOURS FROM ALL PAGES | (13) RATES | TOTALS |
|---|---|---|---|
|  | 13370.86 785. | | 1104.50 |

(16) ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS

Make check payable to NEBF and mail with copies 3 & 4 to:
Greater Sacramento Chapter, NECA
1129 D Street
Sacramento, CA 95814

$ 401.13

| | | (13) RATES | TOTALS |
|---|---|---|---|
| WELFARE | 314 | 8.58 | 2194.12 |
| APPRENTICE WELFARE | VARIOUS | | |
| SUPPL. OPTION 1 | | 1.00 | |
| SUPPL. OPTION 2 | | 2.00 | |
| PENSION JW CLASS A | 314 | 2.50 | 785.00 |
| PENSION JW CLASS B | | 4.50 | |
| PENSION JW CLASS C | | 8.00 | |
| APPRENTICE PENSION | VARIOUS | | |
| APPRENTICE TRAINING | 314 | 1.37 | 430.18 |
| CONTRACT ADMIN. | 1370.86 | 1.6% | 213.93 |
| PUBLIC RELATIONS | 314 | .97 | 304.58 |

TOTAL WITHHELD SAVINGS ACCORDING TO THE APPLICABLE AGREEMENT  1104.50

(15) ENCLOSE ONE CHECK FOR
LOCAL FRINGE BENEFITS ACCOUNTS →  4009.91

The undersigned hereby adopts and agrees to be bound by the Restated Employee Benefit Agreement and Trust for the National Electric Benefit Fund and agrees to make the required contributions to such Fund as provided therein. I hereby acknowledge having received a copy of the above Agreement. I certify that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement). I further certify that no proprietor, partner, or majority shareholder is included in this report. I further certify that if contributions are made on behalf of non-bargaining unit employees, I am covering all such non-bargaining unit employees, except those who must or may be excluded pursuant to Section 6.3(b)(I) and/or (ii) of the Agreement.

(14) The information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions required by the collective bargaining agreement with Local Union 340, IBEW, to which I am a signatory, as incorporated in a Sacramento Area Electrical Workers Trust Agreements and provisions thereto relative to contributions.

SIGNATURE _____  TITLE _____  DATE 2110/10

- TRUST COPY

NOV

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Accelerated Electric, Inc | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | 833 A South Main #441 | 68-0869257 | A COPY OF THIS TRANSMITTAL TO: |
| | Fallbrook, CA  92028 | Payroll Period: | Local 180 Solano-Napa Electrical Workers |
| Phone: | (760) 731-2555 | November-09 | PO Box 45005   San Francisco, CA  94145-0005 |
| Email: | heather@acceleratedelectric.com | | *Email the completed form to: EPR@IBEWLU180 org |
| | GROSS | Date: 12/10/2009 | *Please note invoice# on check    589200911 |

| | (2) | | (3) Last 4 SSN | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | | Contract-Job Class | New Job Date | New Term Date | Total Hours | GROSS Pay | 401a Rate | VEBA Rate | Dues |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| | | | (12) TOTALS | | | | 1,285.50 | 48,777.71 | | | 3,222.33 |

(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to "NEBF" and mail with a copy of the remittance to:
NEBF   c/o KCC, NECA   5380 Village Parkway   Dublin CA 94568

$1,463.34

| NECA MEMBER Y | (14) NECA Service Charge = 0.6% of Gross Earnings | |
|---|---|---|
| | Mail Check payable to "Northern California Chapter, NECA" and mail with a copy of the remittance to: | $292.66 |

NCC, NECA   PO Box 45005   San Francisco, CA  94145-0005

| Health and Welfare | $14,577.57 |
|---|---|
| CATF | $648.73 |
| Pension DB | $7,057.40 |
| Dues 6% | $2,926.66 |
| Dues .23/hr | $295.67 |
| JATC | $964.13 |
| Training | $157.12 |
| ECT | $487.79 |
| NLMCC | $12.86 |
| LMCC | $231.39 |
| 401(a) | $2,103.60 |
| VEBA | $157.09 |
| **TOTAL** | **$29,629.92** |

(15) The employer meeting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledged having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employed contributions pursuant to Article 5 of the Agreement and it is either covering all such non-scrapping unit employees or shares employees any, except those who may be excluded pursuant to Section 6.3 of the Agreement. The employer further certifies that it is reporting on behalf of a related organization as defined in Article 6 of the Agreement, either all employees of the organization or absent employees only are covered, except those who may be excluded pursuant to Section 6.3 of the NEBF Agreement.

| (16) Signature | Title | Date |
|---|---|---|
| [signature] | Payroll Dept. | 12/10/2009 |

(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:
Local 180 Solano-Napa Electrical Workers
PO Box 45005  San Francisco, CA  94145-0005
*Please note invoice# on check    589200911
***Please Email the completed form to: EPR@IBEWLU180.org ***

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return.

| (1) Name of Company: | Accelerated Electric, Inc | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | 833 A South Main #441 | 68-0569257 | A COPY OF THIS TRANSMITTAL TO: |
| | Fallbrook, CA  92028 | Payroll Period: | Local 180 Solano-Napa Electrical Workers |
| Phone: | (760) 731-2555 | November-09 | PO Box 45005   San Francisco, CA  94145-0005 |
| Email: | heather@acceleratedelectric.com | | *Email the completed form to: EPR@IBEWLU180.org |
| Wages Entered (Column H):  **GROSS** | | Date:    12/10/2009 | **Please note invoice# on check    589200911** |

| (2) Name | (3) Secure SSN | (4) Contract-Job Class | (5) Job Dates | (6) New Term Date | (7) Total Clock Hours | (8) GROSS Pay | (9) 401a Rate | (10) VEBA Rate | (11) Dues |
|---|---|---|---|---|---|---|---|---|---|
| 1 Adams,Timothy J | 8252 | Inside-Foreman | 06/01/09 | | 155.00 | 7,173.96 | 1.50 | 0.00 | 466.09 |
| 2 Bailey,Jason R | 3957 | Inside-Inside Appr Period 5 | 08/12/09 11/16/09 | | 64.00 | 1,486.72 | 0.00 | 0.00 | 103.92 |
| 3 Barry,Stephen B | 8813 | Inside-Jm Inside Wireman | 06/01/09 | | 133.50 | 5,480.51 | 0.00 | 0.00 | 356.34 |
| 4 Brim,David M | 8578 | Inside-Inside Appr Period 3 | 06/31/09 11/05/09 | | 77.00 | 1,475.36 | 0.00 | 0.00 | 104.85 |
| 5 Buffo,Michael T | 5300 | Inside-Inside Appr Period 7 | 09/21/09 10/02/09 | | | | 0.00 | 0.00 | |
| 6 Campana,Michael C | 5142 | Inside-Jm Inside Wireman | 09/21/09 10/02/09 | | | | 0.00 | 0.00 | |
| 7 Chave,Chris B | 9743 | Inside-Jm Inside Wireman | 06/01/09 | | 153.00 | 6,255.13 | 3.00 | 0.00 | 410.50 |
| 8 Garcia,Steve M | 3586 | Inside-Jm Inside Wireman | 09/21/09 10/03/09 | | | | 0.00 | 0.00 | |
| 9 Gull,Vaughn A | 7078 | Inside-Inside Appr Period 3 | 07/01/09 | | 154.00 | 3,229.90 | 0.00 | 0.00 | 228.67 |
| 10 Luna,Ruben | 3352 | Inside-Jm Inside Wireman | 09/22/09 10/02/09 | | | | 1.50 | 0.00 | |
| 11 Meyer,Edward A | 0661 | Inside-Jm Inside Wireman | 06/01/09 | | 142.00 | 5,786.50 | 1.50 | 0.00 | 379.85 |
| 12 Meyer,Ken A | 5467 | Inside-Foreman | 06/01/09 | | 180.00 | 7,563.00 | 0.00 | 0.00 | 490.62 |
| 13 O'Hara,Dennis P | 3752 | Inside-Inside Foreman | 06/01/09 | | 157.00 | 8,124.93 | 8.00 | 1.00 | 523.61 |
| 14 Porges,Dan M | 8179 | Inside-Jm Inside Wireman | 09/01/09 11/30/09 | | | | 0.00 | 0.00 | |
| 15 Wade,David R | 5374 | Inside-Inside Appr Period 5 | 05/22/09 11/12/09 | | 96.00 | 2,230.08 | 0.00 | 0.00 | 155.98 |

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Accelerated Electric, Inc | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | 833 A South Main #441 | 68-0669257 | A COPY OF THIS TRANSMITTAL TO: |
| | Fallbrook, CA 92028 | Payroll Period: | Local 180 Solano-Napa Electrical Workers |
| Phone: | (760) 731-2555 | December-09 | PO Box 45005  San Francisco, CA 94145-0005 |
| Email: | heather@acceleratedelectric.com | | *Email the completed form to: EPR@IBEWLU180.org |
| | GROSS | Date: 1/11/2010 *Please note Invoiced on check | 589200912 |

| (2) Last Name | First Name | (3) Last 4 SSN | (4) Contract-Job Class | (5) Job Date | (6) New Term Date | (7) Total Hours | (8) GROSS Pay | (9) 401a Rate | (10) VEBA Rate | (11) Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| | | | **(12) TOTALS** | | | 938.00 | 39,037.62 | | | 2,558.00 |

(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to "NEBF" and mail with a copy of the remittance to:
NEBF   c/o NCC, NECA    8300 Village Parkway    Dublin CA 94568         $1,171.13

| NECA MEMBER Y | (14) NECA Service Charge = 0.6% of Gross Earnings Mail Check payable to "Northern California Chapter, NECA" and mail with a copy of the remittance to: NCC, NECA   PO Box 45005   San Francisco, CA 94145-0005 | | $234.22 |
|---|---|---|---|
| | | Health and Welfare | $10,638.92 |
| | | CATF | $519.21 |
| | | Pension DB | $5,149.52 |
| | | Dues 6% | $2,342.26 |
| | | Dues .23/hr | $215.74 |
| | | JATC | $703.50 |
| | | Training | $121.94 |
| | | ECT | $390.38 |
| | | NLMCC | $9.38 |
| | | LMCC | $155.84 |
| | | 401(a) | $2,395.60 |
| | | VEBA | $204.00 |
| | | TOTAL | $22,887.39 |

(15) The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. This employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 8 of the Agreement and it its other covering all such non-bargaining unit employees or others employees and, except those who may be excluded pursuant to Section 8.3 of the Agreement. The employer further certifies that it is reporting as behalf of a related organization as defined in Article 8 of the Agreement, either all employees of the organization or shared employees only are covered, except those who may be excluded pursuant to Section 8.3 of the NEBF Agreement.

| (16) Signature | Title | Date |
|---|---|---|
| [signature] | Payroll Mgr. | 1/11/2010 |

(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:
Local 180 Solano-Napa Electrical Workers
PO Box 45005   San Francisco, CA 94145-0005
*Please note Invoiced on check         589200912

***Please Email the completed form to: EPR@IBEWLU180.org ***

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Accelerated Electric, Inc | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO: |
|---|---|---|---|
| Address: | 833 A South Main #441 | 68-0669257 | Local 180 Solano-Napa Electrical Workers |
| | Fallbrook, CA  92028 | Payroll Period: | PO Box 45005   San Francisco, CA 94145-0005 |
| Phone: | (760) 731-2555 | December-09 | *Email the completed form to: EPR@IBEWLU180.org |
| Email: | heather@accelleratedelectric.com | | 589200912 |
| Wages Entered (Column H): GROSS | | Date: 1/11/2010 *Please note invoiced on check | |

| # | (2) Name | (3) Secure SSN | (4) Contract-Job Class | (5) Job Dates | (6) New Term Date | (7) Total Clock Hours | (8) GROSS Pay | (9) 401a Rate | (10) VEBA Rate | (11) Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams,Timothy J | 8252 | Inside-Foreman | 06/01/09 | | 204.00 | 9,443.04 | 1.50 | 0.00 | 613.50 |
| 2 | Bailey,Jason R | 3957 | Inside-Inside Appr Period 5 | 08/12/09 11/16/09 | | | | 0.00 | 0.00 | |
| 3 | Barry,Stephen B | 5513 | Inside-Jm inside Wireman | 06/01/09 | | 60.00 | 2,445.00 | 0.00 | 0.00 | 160.50 |
| 4 | Brim,David M | 8578 | Inside-Inside Appr Period 3 | 08/31/09 11/05/09 | | | | 0.00 | 0.00 | |
| 5 | Chave,Chris B | 9745 | Inside-Jm Inside Wireman | 06/01/09 | | 196.00 | 8,068.50 | 3.00 | 0.00 | 529.19 |
| 6 | Gust,Vaughn A | 7078 | Inside-Inside Appr Period 3 | 07/01/09 12/31/09 | | 148.00 | 3,117.00 | 0.00 | 0.00 | 221.06 |
| 7 | Gust,Vaughn A | 7078 | Inside-inside Appr Period 4 | 01/01/10 | | | | 0.00 | 0.00 | |
| 8 | Mayor,Edward A | 0661 | Inside-Jm Inside Wireman | 06/01/09 | | 60.00 | 2,445.00 | 1.50 | 0.00 | 160.50 |
| 9 | Mayor,Kan A | 8467 | Inside-Foreman | 06/01/09 | | 66.00 | 3,025.44 | 0.00 | 0.00 | 198.71 |
| 10 | O'Hara,Dennis P | 3752 | Inside-Inside Foreman | 06/01/09 | | 204.00 | 10,493.64 | 6.00 | 1.00 | 676.54 |
| 11 | Porges,Dan M | 8179 | Inside-Jm Inside Wireman | 06/01/09 11/30/09 | | | | 0.00 | 0.00 | |
| 12 | Wade,David R | 5374 | Inside-Inside Appr Period 5 | 06/22/09 11/12/09 | | | | 0.00 | 0.00 | |

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

This report is due to the Administrator's office by the 15th of each month.

[ ] IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Accelerated Electric, Inc | Employer's Federal ID | 68-0669257 | PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO: |
|---|---|---|---|---|
| Address: | 833 A South Main #441 | | | Local 180 Solano-Napa Electrical Workers |
| | Fallbrook, CA 92028 | Payroll Period: | January-10 | PO Box 45005 San Francisco, CA 94145-0005 |
| Phone: | (760) 731-2555 | | | *Email the completed form to: EPR@IBEWLU180.org |
| Email: | heather@acceleratedelectric.com | | | |
| | GROSS | Date: | 2/11/2010 *Please note invoice# on check 58920101 |

| (2) Last Name | First Name | (3) Last 4 SSN | (4) Contract-Job Class | (5) Job Date | (6) New Term Date | (7) Total Hours | (8) GROSS Pay | (9) 401a Rate | (10) VEBA Rate | (11) Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| | | | **(12) TOTALS** | | | 312.00 | 14,164.80 | | | 921.84 |

(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to "NEBF" and mail with a copy of the remittance to:
NEBF    c/o NCC, NECA    6300 Village Parkway    Dublin CA 94568 ........➤ $424.94

| NECA MEMBER Y | (14) NECA Service Charge = 0.6% of Gross Earnings Mail Check payable to "Northern California Chapter, NECA" and mail with a copy of the remittance to: NCC, NECA PO Box 45005 San Francisco, CA 94145-0005 | ........➤ | $84.98 |
|---|---|---|---|

| | | Health and Welfare | $3,536.08 |
|---|---|---|---|
| | | CATF | $188.39 |
| | | Pension DB | $1,712.88 |
| | | Dues 6% | $849.88 |
| | | Dues .23/hr | $71.76 |
| | | JATC | $234.00 |
| | | Training | $40.56 |
| | | ECT | $141.64 |
| | | NLMCC | $3.12 |
| | | LMCC | $56.16 |
| | | 401(a) | $1,070.40 |
| | | VEBA | $120.00 |
| | | TOTAL | $8,028.87 |

(15) The employer reporting herein recognizes that it is bound by the Relevant Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article II of the Agreement and it is correct covering all such non-bargaining unit employees or such employees only, except those who may be excluded pursuant to Section 8.3 of the Agreement. The employer further certifies that it is reporting on behalf of a related organization as defined in Article II of the Agreement, either all employees of the organization or such employees only as covered, except those who may be excluded pursuant to Section 8.3 of the NEBF Agreement.

| (16) Signature | | Title | Date |
|---|---|---|---|
| [signature] | | Payroll Mgr. | 2/11/2010 |

(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:
Local 180 Solano-Napa Electrical Workers
PO Box 45005 San Francisco, CA 94145-0005
*Please note invoiced on check    58920101
***Please Email the completed form to: EPR@IBEWLU180.org ***

2/11/2010 10:59 AM    K:\Heather\Union Reports\Local 180\Copy of accelerated electric_ inc_0001 201001_180.xls

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Accelerated Electric, Inc | | Employer's Federal ID | | PLEASE MAIL MONTHLY BENEFITS CHECK AND | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Address: | 833 A South Main #441 | | 68-0569257 | | A COPY OF THIS TRANSMITTAL TO: | | | | |
| | Fallbrook, CA 92028 | | Payroll Period: | | Local 180 Solano-Napa Electrical Workers | | | | |
| Phone: | (760) 731-2555 | | January-10 | | PO Box 45005   San Francisco, CA 94145-0005 | | | | |
| Email: | heather@acceleratedelectric.com | | | | *Email the completed form to: EPR@IBEWLU180.org | | | | |
| Wages Entered (Column H):  GROSS | | | Date: | | 2/11/2010 *Please note invoice# on check          58920101 | | | | |

| (2) Name | (3) Secure SSN | (4) Contract-Job Class | (5) Job Dates | (6) New Term Date | (7) Total Clock Hours | (8) GROSS Pay | (9) 401a Rate | (10) VEBA Rate | (11) Dues |
|---|---|---|---|---|---|---|---|---|---|
| 1 Adams,Timothy J | 8292 | Inside-Foreman | 06/01/09 | | 112.00 | 8,134.08 | 1.50 | 0.00 | 333.80 |
| 2 Barry,Stephen B | 6613 | Inside-Jim Inside Wireman | 08/01/09 | | | | 0.00 | 0.00 | |
| 3 Chave,Chris B | 9743 | Inside-Jim Inside Wireman | 05/01/09 | | 40.00 | 1,530.00 | 3.00 | 0.00 | 107.00 |
| 4 Gull,Vaughn A | 7075 | Inside-Inside Appr Period 3 | 07/01/09 12/31/09 | | | | 0.00 | 0.00 | |
| 5 Gull,Vaughn A | 7075 | Inside-Inside Appr Period 4 | 01/01/10 | | 40.00 | 880.40 | 0.00 | 0.00 | 62.02 |
| 6 Meyer,Edward A | 0681 | Inside-Jim Inside Wireman | 06/01/09 | | | | 1.50 | 0.00 | |
| 7 Meyer,Ken A | 8457 | Inside-Foreman | 06/01/09 | | | | 0.00 | 0.00 | |
| 8 O'Hara,Dennis P | 3752 | Inside-Inside Foreman | 06/01/09 | | 120.00 | 8,520.32 | 6.00 | 1.00 | 418.82 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |